NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH WEITZ,                          )
                                       )
      Appellant,                       )
                                       )
v.                                     )          Case No. 2D18-2221
                                       )
STATE OF FLORIDA,                      )
                                       )
      Appellee.                        )
_____)

Opinion filed March 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.

Joseph Weitz, pro se.

PER CURIAM.

      Affirmed.

CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.